### (November 1, 1943.)

INTERCOUNTY OPERATING CORPORATION et al., Appellants, v. COUNTY OF NASSAU, Respondent, et al., Defendants.— Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

JOHN BAUDASSI et al., Respondents, v. LOREN BATTASTONI, Appellant, JOSEPH BATTASTONI, Defendant, and MARY FERNANDEZ, as Administratrix of the Estate of JOSEPH FERNANDEZ, Deceased, Defendant-Respondent. (Action No. 1.) MARY C. FERNANDEZ, as Administratrix of the Estate of JOSEPH FERNANDEZ, Deceased, Respondent, v. LOREN BATTASTONI, Appellant, et al., Defendants. (Action No. 2.) — No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

EDMUND BERGLER, Appellant, v. JOHN KOUTRAKUS, Defendant. MERRILL & MERRILL, Respondents. (Action No. 1.) MARIANNE BERGLER, Appellant, v. JOHN KOUTRAKUS, Defendant. MERRILL & MERRILL, Respondents. (Action No. 2.) — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

ROSE BLOCK et al., Respondents, v. MILTJAY REALTY CORPORATION, Appellant.— No opinion. Carswell, Johnston, and Lewis, JJ., concur; Close, P. J., and Hagarty, J., dissent and vote to reverse the judgment and to dismiss the complaint upon the ground that plaintiffs failed to establish any actionable negligence.